1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    MATTHEW C. BOCKMON, #161566
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, CA  95814
     Telephone: (916) 498-5700
5
     Attorney for Defendant
6    REYNALDO AMBRIZ-GARCIA

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,        )   Case No. 2:14-cr-00105 MCE
                                      )
11              Plaintiff,            )   STIPULATION AND ORDER TO CONTINUE
                                      )   STATUS CONFERENCE AND TO EXCLUDE
12        v.                          )   TIME
                                      )
13   REYNALDO AMBRIZ-GARCIA,          )   Date:   June 19, 2014
                                      )   Time:   9:00 a.m.
14              Defendant.            )   Judge:  Honorable Morrison C. England, Jr.
                                      )
15

16          It is hereby stipulated and agreed to by and between the United States of America,

17   through NIRAV DESAI, Assistant U.S. Attorney, and defendant, REYNALDO AMBRIZ-

18   GARCIA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender that

19   the status conference for Thursday, May 22, 2014 be vacated, and a new status conference date

20   of Thursday, June 19, 2014, at 9:00 a.m., be set.

21          The reason for the continuance is to permit counsel to continue in negotiations with the

22   prosecution in attempt to reach a resolution and to meet with the defendant to discuss various

23   resolutions.

24          It is further stipulated that the time period from the date of this stipulation, May 19, 2014,

25   through and including the date of the new status conference hearing, June 19, 2014, shall be

26   excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4,

27   due to the need to provide defense counsel with the reasonable time to prepare, and that the ends

28

                                              -1-

1    of justice to be served by granting the continuance outweigh the best interests of the public and

2    the defendant in a speedy trial.

3    DATED: May 19, 2014

Respectfully submitted,

4

HEATHER E. WILLIAMS
5    Federal Defender

6

7    /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
8    Assistant Federal Defender
Attorney for REYNALDO AMBRIZ-GARCIA
9

10   DATED: May 19, 2014          BENJAMIN B. WAGNER
United States Attorney
11

12   /s/ Matthew C. Bockmon for
NIRAV DESAI
13   Assistant U.S. Attorney
Attorney for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1

## ORDER

2          Based on the reasons set forth in the stipulation of the parties filed on May 19, 2014, and

3    good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

4    The status conference currently scheduled for Thursday, May 22, 2014, be vacated and that the

5    case be set for Thursday, June 19, 2014, at 9:30 a.m.  The Court finds that the ends of justice

6    served by granting such a continuance outweigh the best interests of the public and the defendant

7    in a speedy trial.  Accordingly, for the reasons stated in the parties' May 19, 2014, stipulation,

8    the time within which the trial of this matter must be commenced under the Speedy Trial Act is

9    excluded during the time period from the date of this stipulation, May 19, 2014, through and

10   including June 19, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  and Local Code T4.

11          IT IS SO ORDERED.

12   Dated:  May 21, 2014

13

14   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE

15   UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28